# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

February 14, 2018

Lyle W. Cayce
Clerk

No. 16-20779

GIULLIAN STEELE; RAUL ALEMAN; YURY X. BASTOS; JARROD DENYER; SUSAN MCMILLAN, ET AL

Plaintiffs - Appellants Cross-Appellees

v.

LEASING ENTERPRISES, LIMITED,

Defendant - Appellee Cross-Appellant

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 4:09-CV-2789

Before HIGGINBOTHAM, JONES, and GRAVES, Circuit Judges.

PER CURIAM:*

The appellants challenge the district court's determination of the amount of attorneys' fees awarded on remand in this Fair Labor Standards Act case. *Steele v. Leasing Enters., Ltd.*, 826 F.3d 237 (5th Cir. 2016). The appellee cross-appeals only as to the fee award for appellate work. We have considered this matter on the basis of the briefs, the record, the applicable law, and oral

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-20779

argument.  Having done so, we conclude that the district court did not abuse its discretion in determining the amount of attorneys' fees awarded.  Thus, we AFFIRM.